UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>BOSTON APARTMENT RENTALS, )<br>A & S REALTY, APARTMENT DEPOT )<br>and MARK ROOS REALTY, )<br><br>Defendants. ) | 04 10572 MLW<br><br><br><br><br>Civil Action No. _____ |

## CORPORATE DISCLOSURE STATEMENT OF
## FAIR HOUSING CENTER OF GREATER BOSTON, INC.

The Fair Housing Center of Greater Boston, Inc. hereby discloses that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.
By its Attorneys,

_____
Nadine Cohen (BBO # 090040)
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145

_____
Irene C. Freidel (BBO #559051)
Andrew C. Glass (BBO #638362)
Aimée E. Bierman (BBO #640385)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109-1808
(617) 261-3100

Dated: March 23, 2004

BOS-666691 v1 0900874-0901