UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-REFERENCE COURT:

Kindly enter my appearance as counsel of record for defendant A&S Realty, Inc., in the above-entitled action.

Respectfully submitted

A&S REALTY, INC.

*Original Signature on File with the Court*
_____
Christopher Maffucci, Esq.  BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02110
(617) 426-5900

Dated: April 13, 2004

## CERTIFICATE OF SERVICE

I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by mail on this 13th day of April 2004.

*Original Signature on File with the Court*
_____
Christopher Maffucci

4454.424/317667.1