UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

**DEFENDANT A&S REALTY INC.'S RULE 7.3 (A)**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3 (A), Defendant A&S Realty, Inc., hereby states that it is a privately held corporation organized under the laws of Massachusetts.

    Respectfully submitted
    A&S REALTY, INC.

*Original Signature on File with the Court*
_____
Christopher Maffucci, Esq.  BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02110
Dated: April 13, 2004    (617) 426-5900

CERTIFICATE OF SERVICE

I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by mail on this 13th day of April 2004.

*Original Signature on File with the Court*
_____
Christopher Maffucci

4454.424/317666.1

4454.424/317666.1