# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
        PLAINTIFF

V.

BOSTON APARTMENT RENTALS,
A & S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY,
        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04 10572 MLW

TO: (Name and address of Defendant)

    APARTMENT DEPOT
    202 PLEASANT STREET
    ARLINGTON, MA   02174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    IRENE C. FREIDEL, ESQ.
    KIRKPATRICK & LOCKHART LLP
    75 STATE STREET, 6TH FLOOR
    BOSTON, MA  02109
    (617) 261-3100

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 3/23/04