# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
      PLAINTIFF

V.

BOSTON APARTMENT RENTALS,
A & S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY,
      DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 10572 MLW**

TO: (Name and address of Defendant)

BOSTON APARTMENT RENTALS
49B BILINGS ROAD
QUINCY, MA 02171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

IRENE C. FREIDEL, ESQ.
KIRKPATRICK & LOCKHART LLP
75 STATE STREET, 6TH FLOOR
BOSTON, MA 02109
(617) 261-3100

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

3/23/04
DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3/26/04 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lindsay P. Parker | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving said copies in hand upon Eric Boyer as person in charge of this location at the time of service at Boston Apartment Rentals located at 40 Brock St., Brighton, MA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/26/04
                Date

Signature of Server

6 Beacon St., Boston, MA

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.