UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

### DEFENDANT A&S REALTY, INC.'S MOTION TO ENLARGE TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P.(6)(b), defendant A&S Realty, Inc., hereby requests an enlargement of time to and until May 14, 2004 in which to answer or otherwise respond to the Complaint. In support of this motion, A&S Realty, Inc. represents that it is conducting an internal investigation and requires additional time in which to prepare an answer or other responsive pleading.

Plaintiff's counsel has assented to the allowance of this motion.

Respectfully submitted

A&S REALTY, INC.

_____
Christopher Maffucci, Esq.  BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02110
Dated: April 13, 2004          (617) 426-5900

## **LOCAL RULE 7.1 (A) (2) CERTIFICATE**

    I hereby certify that on or about April 6, 2004, I confirmed with plaintiff's counsel who has assented to the allowance of this motion.

_____
Christopher Maffucci

## CERTIFICATE OF SERVICE

    I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by mail on this 13th day of April 2004.

_____
Christopher Maffucci

4454.424/317665.1