# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
        PLAINTIFF

V.

BOSTON APARTMENT RENTALS,
A & S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY,
        DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

# 04 10572 MLW

CASE NUMBER:

TO: (Name and address of Defendant)
    MARC ROOS REALTY
    484 COMMONWEALTH AVENUE
    BOSTON, MA   02215-2737

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    IRENE C. FREIDEL, ESQ.
    KIRKPATRICK & LOCKHART LLP
    75 STATE STREET, 6TH FLOOR
    BOSTON, MA   02109
    (617) 261-3100

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS               3/23/04

CLERK               DATE

(By) DEPUTY CLERK