AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
      PLAINTIFF
V.
BOSTON APARTMENT RENTALS,
A & S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY,
      DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04 10572 MLW

TO: (Name and address of Defendant)

A & S REALTY
271 NEWBURY STREET
BOSTON, MA  02116-2478

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

IRENE C. FREIDEL, ESQ.
KIRKPATRICK & LOCKHART LLP
75 STATE STREET, 6TH FLOOR
BOSTON, MA  02109
(617) 261-3100

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

3/23/04
DATE