UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIR HOUSING CENTER OF )
GREATER BOSTON, INC., )
Plaintiff, )
)
v. ) Civil Action No. 04-10572MLW
)
BOSTON APARTMENT RENTALS, )
A&S REALTY, APARTMENT DEPOT, )
and MARK ROOS REALTY. )
)

## NOTICE OF APPEARANCE ON BEHALF OF MARK ROOS REALTY

The undersigned, David J. Hatem, PC, Alan D. Hoch, and Nicholas A. Ogden of the law firm, Donovan Hatem LLP, hereby appear on behalf of Mark Roos Realty in the above-captioned action.

MARK ROOS REALTY,
By its attorneys:

David J. Hatem, PC, BBO #225700
Alan D. Hoch, BBO #548645
Nicholas A. Ogden, BBO #644007
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Date: April 8, 2004

## CERTIFICATE OF SERVICE

I, Nicholas A. Ogden, hereby certify on this 8th day of April, 2004, I served the attached by mailing a copy thereof, postage pre-paid to:

Irene C. Freidel, Esq.
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA 02109-1808

_____
Nicholas A. Ogden

00823908