UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF ) <br> GREATER BOSTON, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON APARTMENT RENTALS, ) <br> A & S REALTY, APARTMENT DEPOT ) <br> and MARK ROOS REALTY, ) <br> ) <br> Defendants. ) | Civil Action No. 04-10572 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Paul J. Klehm and James B. Krasnoo of Law Offices of James Krasnoo as counsel to Defendant Apartment Depot in this matter.

The Defendant
Apartment Depot
By Its Attorneys,

_____
James B. Krasnoo  BBO#279300
Paul J. Klehm  BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other party by mail/hand on April 15, 2004.

_____
Paul J. Klehm