UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIR HOUSING CENTER OF )
GREATER BOSTON, INC., )
 )
 Plaintiff, )
 )
v. ) Civil Action No. 04-10572 MLW
 )
BOSTON APARTMENT RENTALS, )
A & S REALTY, APARTMENT DEPOT )
and MARK ROOS REALTY, )
 )
 Defendants. )

### DEFENDANT APARTMENT DEPOT'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING OR ANSWER

Defendant Apartment Depot hereby moves this Court to extend time within which it may file a responsive pleading or answer from April 15, 2004 to May 14, 2004 and, more particularly, for the reasons set forth below:

1. Upon information and belief Defendant Apartment Depot's answer or responsive pleading is due April 15, 2004.

2. On or about April 13 or 14, 2004, Defendant Apartment Depot retained the Law Offices of James B. Krasnoo. Counsel is presently pursuing insurance coverage issues.

3. Defendant Apartment Depot's counsel will require additional time to file motion to dismiss, responsive pleading and/or answer in this matter.

4. Defendant Apartment Depot therefore respectfully requests an extension of the time within which it may file its responsive pleading or answer from April 15, 2004 to and including May 14, 2004.

5.  Christopher Maffucci, counsel to the Defendant A & S Realty, Inc., has no objection to the allowance of the within motion. Plaintiff's counsel has no objection to the allowance of the within motion.

**WHEREFORE**, for the above reasons, the Defendant Apartment Depot respectfully requests that this Court GRANT the within motion and extend the time within which the Defendant Apartment Depot may file a responsive pleading or answer to and including May 14, 2004.

The Defendant
Apartment Depot
By Its Attorneys,

_____
James B. Krasnoo  BBO#279300
Paul J. Klehm  BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on April 15, 2004.

_____
Paul J. Klehm