UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC., <br><br>Plaintiff<br><br>v.<br><br>BOSTON APARTMENT RENTALS and<br>A & S REALTY and<br>APARTMENT DEPOT and<br>MARK ROOS REALTY,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Honorable Court:

Kindly enter the appearance on the record in the above-captioned action of the undersigned counsel, as attorneys for the Defendant, Boston Apartment Rentals.

Respectfully submitted,

*/s/ Michael Xavier*

Michael Xavier, BBO# 644844
Michael T. Lennon, BBO# 648186 (of counsel)
Denner Associates P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: April 15, 2004

## CERTIFICATE OF SERVICE

I Michael Xavier, Esq. hereby certify that I have served a copy of the foregoing paper to counsel for the Plaintiff, Irene Freidel and Nadine Cohen, *via* hand delivery on April 15, 2004.

*/Michael Xavier*
/Michael Xavier