UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff <br><br> v. <br><br> BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT, BOSTON APARTMENT RENTALS', MOTION TO DISMISS ALL COUNTS AS AGAINST DEFENDANT, BOSTON APARTMENT RENTALS

**NOW COMES THE DEFENDANT**, Boston Apartment Rentals ("Defendant"), and in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of this Honorable Court, hereby moves this Honorable Court to dismiss all counts as against the Defendant, with prejudice. As grounds in support of its Motion, the Defendant states that as a matter of law, the Plaintiff, in its Complaint, has failed to state a claim as against the Defendant upon which relief can be granted. Specifically, the Defendant asserts that it is federally immune from all causes of action as pleaded in the Complaint under the applicable provisions of Title 47, Section 230 of the United States Code (the so-termed "Communications Decency Act").

In further support of its Motion, the Plaintiff offers its <u>Memorandum of Reasons in Support of *Defendant, Boston Apartment Rentals', Motion to Dismiss All Counts as Against Defendant, Boston Apartment Rentals*</u>, which is filed herewith and incorporated herein by reference.

In contemplation of Rules 12(g), (h)(1) and h(2), the Defendant hereby preserves its right, and does not waive, all other defenses available under the provisions of Rule 12(b).

### REQUEST FOR ORAL ARGUMENT

In accordance with Rule 7.1(D) of the Local Rules of this Honorable Court, the Defendant, Boston Apartment Rentals, hereby respectfully requests this Honorable Court to set down a date and time for hearing oral argument on the instant Motion at such time as the Court determines.

**WHEREFORE**, for the foregoing reasons, the Defendant, Boston Apartment Rentals, respectfully requests this Honorable Court to allow its Motion and dismiss all counts as against the Defendant, with prejudice.

Respectfully submitted,

The Defendant, Boston Apartment Rentals,
By its Attorneys,

*/s/ Michael Xavier*

Michael Xavier, BBO# 644844
Michael T. Lennon, BBO# 648186 (of counsel)
Denner Associates P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: April 15, 2004

## CERTIFICATE OF SERVICE

I Michael Xavier, Esq. hereby certify that I have served a copy of the foregoing motion and memorandum to counsel for the Plaintiff, Irene Freidel and Nadine Cohen, *via* hand delivery on April 15, 2004.

_____
Michael Xavier