UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) ) |
| BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, | ) ) ) ) ) |
| Defendants | ) ) |

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

In accordance with Rule 7.1(A)(2) of the Local Rules of this Honorable Court, the undersigned counsel hereby certify that they have conferred and have attempted in good faith to resolve or narrow the issue underlying the instant Motion, filed herewith.

Respectfully submitted,

The Defendant, Boston Apartment Rentals,
By its Attorneys,

/s/ Michael X.
_____
Michael Xavier, BBO# 644844
Michael T. Lennon, BBO# 648186 (of counsel)
Denner Associates, P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel.: (617) 227-2800
Fax: (617) 973-1562

Dated: April 13, 2004