UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOSTON APARTMENT RENTALS,<br>A&S REALTY, APARTMENT DEPOT,<br>and MARK ROOS REALTY,<br><br>　　　　Defendants. | C.A. No. 04-10572-MLW |

### PLAINTIFF'S ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO OPPOSE DEFENDANT BOSTON APARTMENT RENTALS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6(b), plaintiff Fair Housing Center of Greater Boston, Inc. (the "Fair Housing Center") hereby requests that the Court enlarge the period of time in which the Fair Housing Center must oppose defendant Boston Apartment Rentals' Motion to Dismiss, recently filed in the above-captioned matter, by fourteen (14) days, from April 29, 2004, up through and including May 13, 2004.

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Defendant Boston Apartment Rentals, through its counsel, assents to the enlargement of time requested herein.

BOS-671789 v1 0900874-0901

Respectfully submitted,

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By its Attorneys,

_____
Nadine Cohen (BBO # 090040)
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, Massachusetts 02108
(617) 482-1145

_____
Irene C. Freidel (BBO #559051)
Andrew C. Glass (BBO #638362)
Aimée E. Bierman (BBO #640385)
Kirkpatrick & Lockhart LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I, Andrew C. Glass, hereby certify that on April 20, 2004, a true and accurate copy of the foregoing Plaintiff's Assented to Motion for an Enlargement of Time in which to Oppose Defendant Boston Apartment Rentals' Motion to Dismiss was served by first-class mail, postage pre-paid, upon all counsel of record.

_____
Andrew C. Glass