UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIR HOUSING CENTER OF )
GREATER BOSTON, INC., )
)
)
Plaintiff, )
)
v. ) Civil Action No. 04-10572 MLW
)
BOSTON APARTMENT RENTALS, )
A & S REALTY, APARTMENT DEPOT )
and MARK ROOS REALTY, )
)
Defendants. )

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2) WITH REFERENCE TO DEFENDANT APARTMENT DEPOT'S MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING OR ANSWER**

I, Paul J. Klehm, counsel to Defendant Apartment Depot, hereby certify that on April 15, 2004, I had a telephone conference with Attorney Nadine Cohen, counsel to Plaintiff, during which time I informed her that I was filing a motion to extend the time to file a responsive pleading or answer in the within matter. As a result of our discussion, I filed the motion without an assent. I inadvertently failed to include a certificate with the motion to extend.

_____
Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on April 21, 2004.

_____
Paul J. Klehm

# LAW OFFICES OF JAMES B. KRASNOO

23 Main Street
Terrace Level
Andover, Massachusetts 01810
Telephone (978) 475-9955
Fax (978) 474-9005

James B. Krasnoo*

Paul J. Klehm†

*Also admitted in California
†Also admitted in New Hampshire

April 21, 2004

Civil Clerk
United States District Court
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:  **Fair Housing Center v. Apartment Depot et al**
           **Docket No. 04-10572 MLW**

Dear Sir/Madam:

    Enclosed please find Certificate Of Compliance With Local Rule 7.1(A)(2) With Reference To Defendant Apartment Depot's Motion To Extend Time To File Responsive Pleading Or Answer.

    Please docket and file same.

                                        Very truly yours,

                                        Paul J. Klehm

PJK:eka

Enclosure

cc:  Irene C. Freidel, Esq.
     Michael Xavier, Esq.
     Alan D. Hoch, Esq.
     Nadine M. Cohen, Esq.
     Christopher Maffucci, Esq.
     Michael T. Lennon, Esq.