UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

## ANSWER OF A&S REALTY, INC. TO PLAINTIFF'S COMPLAINT

In response to plaintiff Fair Housing Center of Greater Boston, Inc.'s ("FHC") complaint, defendant A&S Realty, Inc., incorrectly identified as A&S Realty, admits, denies and states as follows:

### Introduction

1.    A&S Realty, Inc. ("A&S Realty') states that paragraph 1 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 1 contains any factual allegations, A&S Realty denies them.

### Jurisdiction and Venue

2.    A&S Realty states that paragraph 2 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 2 contains any factual allegations, A&S Realty denies them.

3.    A&S Realty states that paragraph 3 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 3 contains any factual allegations, A&S Realty denies them.

## Parties

4. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and therefore denies them.

5. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 and therefore denies them.

6. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 and therefore denies them.

7. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 and therefore denies them.

8. A&S Realty admits in part and denies in part, the allegations in paragraph 8 of the complaint. A&S Realty admits that it is a Massachusetts corporation with a principal place of business in Boston, Massachusetts. The remaining allegations in paragraph 8 are denied.

9. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies them.

10. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies them.

## Facts

11. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 and therefore denies them.

12. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 and therefore denies them.

13. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 and therefore denies them.

14. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 and therefore denies them.

15. A&S Realty denies the allegations contained in paragraph 15.

16. A&S Realty denies the allegations contained in paragraph 16.

17. A&S Realty denies the allegations contained in paragraph 17.

18. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and therefore denies them.

19. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 and therefore denies them.

20. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 and therefore denies them.

21. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and therefore denies them.

22. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 and therefore denies them.

23. A&S Realty lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 and therefore denies them.

24. A&S Realty states that paragraph 24 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 24 contains any factual allegations, A&S Realty denies them.

25. A&S Realty denies the allegations contained in paragraph 25.

26. A&S Realty denies the allegations contained in paragraph 26.

27. A&S Realty denies the allegations contained in paragraph 27.

## COUNT I:
### (Violation of the Fair Housing Act: 42U.S.C. § 3604(c))

28. A&S Realty denies the allegations contained in paragraph 28.

29. A&S Realty repeats and incorporates by reference each of the admissions, denials and statements contained in its answers to the preceding paragraphs as if fully restated herein.

30. A&S Realty states that paragraph 30 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 30 contains any factual allegations, A&S Realty denies them.

## COUNT II:
### (Violation of Massachusetts Anti-Discrimination Law: M.G.L. c. 151B § 4(7B) and §4(10))

31. A&S Realty denies the allegations contained in paragraph 31.

32. A&S Realty denies the allegations contained in paragraph 32.

33. A&S Realty repeats and incorporates by reference each of the admissions, denials and statements contained in its answers to the preceding paragraphs as if fully restated herein.

34. A&S Realty states that paragraph 34 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 34 contains any factual allegations, A&S Realty denies them.

35. A&S Realty states that paragraph 35 contains an allegation of law and/or an allegation of opinion, not fact, and therefore no answer is required. To the extent that paragraph 35 contains any factual allegations, A&S Realty denies them.

36. A&S Realty denies the allegations contained in paragraph 36.

37. A&S Realty denies the allegations contained in paragraph 37.

## COUNT III:
## (Violation of Massachusetts Consumer Protection Law: M.G.L. c. 93A

38. A&S Realty repeats and incorporates by reference each of the admissions, denials and statements contained in its answers to the preceding paragraphs as if fully restated herein.

39. A&S Realty admits the allegations contained in paragraph 39.

40. A&S Realty denies the allegations contained in paragraph 40.

41. A&S Realty denies the allegations contained in paragraph 41.

42. A&S Realty denies the allegations contained in paragraph 42.

43. A&S Realty denies the allegations contained in paragraph 43.

44. A&S Realty denies the allegations contained in paragraph 44.

45. A&S Realty denies the allegations contained in paragraph 45.

## COUNT IV:
## (Negligence)

46. A&S Realty repeats and incorporates by reference each of the admissions, denials and statements contained in its answers to the preceding paragraphs as if fully restated herein.

47. A&S Realty denies the allegations contained in paragraph 47.

48. A&S Realty denies the allegations contained in paragraph 48.

## AFFIRMATIVE DEFENSES

## FIRSTAFFIRMATIVE DEFENSE

FHC's Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

FHC does not have standing to bring its Complaint.

**THIRD AFFIRMATIVE DEFENSE**

The Court lacks subject matter jurisdiction over FHC's Complaint.

**FOURTH AFFIRMATIVE DEFENSE**

FHC failed to satisfy the statutory requirements necessary for FHC to file suit for violation of M.G.L. c. 151B.

**FIFTH AFFIRMATIVE DEFENSE**

FHC'S claim is barred because it failed to satisfy the statutory requirements necessary for FHC to file suit for violation of M.G.L. c. 93A.

**SIXTH AFFIRMATIVE DEFENSE**

FHC has suffered no legally cognizable damages and fails to meet the requirements under Article III for access the the federal court system.

**SEVENTH AFFIRMATIVE DEFENSE**

If it is determined that FHC sustained damages, which A&S Realty denies, said damages were the result of conduct of individuals or entities over whom A&S Realty had no control and for whose conduct A&S Realty was not and is not responsible.

**EIGHTH AFFIRMATIVE DEFENSE**

If FHC has sustained damages, FHC contributed to, and/or failed to mitigate such damages, and any recovery should be barred or diminished due to such failure.

**NINTH AFFIRMATIVE DEFENSE**

FHC's failed to satisfy the statutory requirements of 42. U.S.C. § 3604(c).

**TENTH AFFIRMATIVE DEFENSE**

FHC has failed to exhaust its administrative remedies.

**ELEVENTH AFFIRMATIVE DEFENSE**

FHC's action is barred because it failed to deliver a proper demand letter at least thirty (30) days before filing suit.

### TWELFTH AFFIRMATIVE DEFENSE

Any recovery must be reduced in proportion to FHC's own negligence.

### THIRTEENTH AFFIRMATIVE DEFENSE

A&S Realty incorporates herein by reference the affirmative defenses asserted by an other defendant who appears in this action as though each such defense was fully set forth herein.

WHEREFORE, the Defendant A&S Realty prays for judgments as follows:

(a) dismissing all of plaintiff's claim against A&S Realty;

(b) for its costs and attorney fees;

(c) for such other relief as the Court deems just.

**DEFENDANT A&S REALTY DEMANDS A TRIAL BY JURY ON ALL COUNTS SO TRIABLE.**

Respectfully submitted

A&S REALTY, INC.

/s/ Christopher Maffucci
Christopher Maffucci, Esq.  BBO#645972
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02110
(617) 426-5900

Dated:  May 7, 2004

### CERTIFICATE OF SERVICE

I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by mail on this 7th day of May 2004.

/s/ Christopher Maffucci
Christopher Maffucci

4454.424/319936