UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

## LOCAL RULE 7.3 CORPORATE DISCLOSURE

Defendant A&S Realty, Inc., incorrectly identified as A&S Realty, is a privately held Massachusetts corporation. As of May 1, 2004, no publicly traded companies had any ownership interest in A&S Realty, Inc.

    Respectfully submitted

    A&S REALTY, INC.

    /s/ Christopher Maffucci
    Christopher Maffucci, Esq.  BBO#645972
    Casner & Edwards, LLP
    303 Congress Street
    Boston, MA 02110
Dated: May 7, 2004    (617) 426-5900

## CERTIFICATE OF SERVICE

I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by mail on this 7th day of May 2004.

    /s/ Christopher Maffucci
    Christopher Maffucci

4454.424/320033