UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

       Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY APARTMENT DEPOT
and MARK ROOS REALTY

       Defendants

**DEFENDANT A&S REALTY'S INITIAL**
**DISCLOSURE PURSUANT TO F.R.C.P. 26(a)(1)**

       Defendant A&S Realty, Inc. ("A&S") by its attorneys, Casner & Edwards, LLP, hereby provides the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1.      The following individuals are likely to have discoverable information that A&S Realty may use to support its defenses:

David J. Harris
Fair Housing Center of Greater Boston
59 Temple Street
Boston, MA 02114

Nadine Cohen, Esq.
Fair Housing Center of Greater Boston
59 Temple Street
Boston, MA 02114

Joel Simons
A&S Realty, Inc.
271 Newbury Street
Boston, MA 02116

2.  <u>A& S Realty may use documents in its possession, custody or control in the following categories to support its defenses:</u>

(a) Communications between prospective tenants and property owners;

(b) Documents generated in the ordinary course of business.

3.  <u>A&S Realty will make its insurance policies available for copying and/or inspection at a time mutually agreed upon by the parties.</u>

                                  Respectfully submitted

                                  A&S REALTY, INC.

                                  /s/ Christopher Maffucci
                                  Christopher Maffucci, Esq.  BBO#645972
                                  Casner & Edwards, LLP
                                  303 Congress Street
                                  Boston, MA 02210
Dated:  May 21, 2004                 (617) 426-5900

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon each party via electronic filing and first-class mail on May 21, 2004

                                  /s/ Christopher Maffucci
                                  Christopher Maffucci

4454.424/321216