# LENNON LAW OFFICES

15 Court Square  
Suite 960  
Boston, Massachusetts 02108  
(617) 263-0001  
(617) 263-0071 (fax)

MICHAEL T. LENNON, PHARM.D., M.B.A., ESQ.  
*mtl@lennonlawoffices.com*

May 9, 2004

United States District Court  
District of Massachusetts  
Office of the Civil Clerk  
United States Courthouse  
One Courthouse Way  
Boston, MA 02210

    Re:   *Fair Housing Center of Greater Boston, Inc. v. Boston Apartment Rentals, et al.*  
           **_Civil Action No. 04-10572-MLW_**

Dear Sir or Madam:

Please be advised that my law firm affiliation has changed since the time I registered with your computer system. Kindly replace my former affiliation with the information (firm name, address, telephone numbers, e-mail address) contained in the letterhead, above. My former law firm information is currently on file as follows:

COLUCCI, COLUCCI & MARCUS, P.C.  
552 Adams Street  
Milton, MA 02186  
(617) 698-6000  
(617) 698-1262 (fax)  
mike@coluccilaw.com.

The above-referenced civil action is the only matter in which I have entered an appearance in the District Court.

If you need any further information, or if I need to take any further steps, please let me know immediately. Finally, I would appreciate it if you would confirm once the changes have been made on the docket and in your computer system.

                                                Very truly yours,

                                                LENNON LAW OFFICES

                                                Michael T. Lennon

MTL: bms