UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
    Plaintiff,

v.                                                                                 C.A. NO.: 04 10572 MLW

BOSTON APARTMENT RENTALS,
A&S REALTY, APARTMENT DEPOT,
and MARK ROOS REALTY,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MARC ROOS REALTY'S INTIAL DISCLOSURE
PURSUANT TO F.R.C.P. 26(a)(1)**

Defendant, Marc Roos Realty, improperly referred to as Mark Roos Realty (hereinafter "Roos"), hereby provides the following disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1. <u>Individuals likely to have discoverable information that Roos may use in its defense</u>:

David J. Harris and Nadine Cohen, Esq.
Fair Housing Center of Greater Boston
59 Temple Street
Boston, MA 02116

Marc Roos
Marc Roos Realty
484 Commonwealth Avenue
Boston, MA 02215-2737
617-236-8600

Salespersons affiliated with Marc Roos Realty
484 Commonwealth Avenue
Boston, MA 02215-2737
617-236-8600

The parties to this action and the individuals listed in their initial disclosures are likely to have information that will be elicited through discovery and Roos reserves its rights to use such information in its defense.

2. <u>Roos may use documents in its possession, custody or control in the following categories to support its defenses</u>:

   (a) on-line advertisements;

   (b) rental documents;

   (c) correspondence regarding advertisements;

   (d) other documents kept in the ordinary course of business;

   (e) government reports and statistics regarding the Section 8 housing program and Section 8 housing recipients; and

   (f) communications between prospective tenants, Roos; and property owners.

3. <u>Roos will make the declarations page regarding the insurance policy involved in this case available for photocopying.</u>

Marc Roos Realty, improperly referred to as Mark Roos Realty
By its attorney,

*[signature]*

David J. Hatem, PC, BBO No.: 225700
Alan D. Hoch, BBO No.: 548645
Nicholas A. Ogden, BBO No.: 644007
DONOVAN HATEM LLP
Two Seaport Lane
Boston, MA 02210
Tel. No.: 617-406-4500

Date: June 28, 2004

2

## CERTIFICATE OF SERVICE

I, Alan D. Hoch, hereby certify that I have, this 28th day of June, 2004, served a copy of the Defendant, Marc Roos Realty's Initial Disclosures, by mailing, postage prepaid, to:

Nadine Cohen, Esquire
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108

Irene C. Freidel, Esquire
Andrew C. Glass, Esquire
Aimee E. Bierman, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109-1808

Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA 02210

Michael Xavier, Esquire
Denner Associates, P.C.
4 Longfellow Place, 35th Floor
Boston, MA 02114

James B. Krasnoo, Esquire
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA 01810

_____
Alan D. Hoch, Esquire

00824326