UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-10572-MLW |

**FAIR HOUSING CENTER OF GREATER BOSTON, INC.'S
NOTICE OF SUBSTITUTION OF APPEARANCE AND
<u>REQUEST FOR NOTICE OF COURT FILINGS BY CM/ECF</u>**

Please substitute the appearances of Rory J. FitzPatrick, Andrew C. Glass, Aimee E. Bierman, Brian M. Forbes, and Jason N. Golub for the appearance of Irene C. Freidel on behalf of defendant Fair Housing Center of Greater Boston, Inc. ("FHC"). Nadine M. Cohen of the Lawyers' Committee for Civil Rights Under Law of the Boston Bar Association will continue to represent FHC. Counsel for FHC identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

BOS-705000 v1

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By its Attorneys,


 /s/ Brian M. Forbes
Rory J. FitzPatrick (BBO #169960)
 rfitzpatrick@kl.com
Andrew C. Glass (BBO #638362)
 aglass@kl.com
Aimée E. Bierman (BBO #640385)
 abierman@kl.com
Brian M. Forbes (BBO #644787)
 bforbes@kl.com
Jason N. Golub (BBO #660114)
 jgolub@kl.com
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100

 /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
 ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145


Dated:  October 26, 2004

CERTIFICATE OF SERVICE

      I, Brian M. Forbes, hereby certify that on October 26, 2004, a true and accurate copy of the foregoing document was delivered by first class mail on all counsel of record.

                                                    /s/ Brian M. Forbes
                                                    Brian M. Forbes