UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON APARTMENT RENTALS,<br>A & S REALTY, APARTMENT DEPOT and<br>MARK ROOS REALTY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10572-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION OF THE FAIR HOUSING CENTER AND
BOSTON APARTMENT RENTALS TO CONTINUE THE INITIAL SCHEDULING
CONFERENCE AND HEARING ON THE PENDING MOTIONS TO DISMISS**

Plaintiff the Fair Housing Center of Greater Boston, Inc. ("FHC") and defendant Boston Apartment Rentals respectfully request that the Court continue the initial scheduling conference and hearing on the pending motions to dismiss currently scheduled for November 9, 2004, until December 9, 2004, or on a date as soon as practicable thereafter. Defendants A&S Realty, Apartment Depot, and Mark Roos Realty have assented to this motion. As reasons therefore, FHC and Boston Apartment Rentals state:

1.　The Court currently has scheduled an initial scheduling conference and hearing on the pending motions to dismiss for November 9, 2004. See Notice of Scheduling Conference/Motion Hearing dated October 22, 2004 (hereinafter "Scheduling Notice").

2.　The Court's Scheduling Notice requires the attendance of "senior lawyers ultimately responsible for the case." Id. The Scheduling Notice also indicates that "[c]ounsel may be given a continuance only if engaged on trial." Id.

3. Counsel for Boston Apartment Rentals, Michael T. Lennon, is currently scheduled for a trial set to begin on November 9, 2004, in Hingham District Court, and as a result, will be unavailable to argue Boston Apartment Rental's Motion to Dismiss or to participate in the scheduling conference set for November 9, 2004.

4. Senior counsel for FHC, Andrew C. Glass, is currently scheduled to first chair a multi-day arbitration hearing set to begin the Monday, November 15, 2004, and as a result, will be unavailable to argue FHC's opposition to the defendants' motions to dismiss or to participate in the scheduling conference set for November 9, 2004.

5. No parties will be prejudiced by the allowance of this motion. The parties have conferred and all have either joined or assented to this motion.

WHEREFORE, the Fair Housing Center of Greater Boston, Inc. and Boston Apartment Rentals respectfully request that this Court continue the November 9, 2004 initial scheduling conference and motion hearing until December 9, 2004, or on a date as soon as practicable thereafter.

FAIR HOUSING CENTER OF GREATER BOSTON, INC.

By its Attorneys,

 /s/ Brian M. Forbes
Andrew C. Glass (BBO #638362)
 aglass@kl.com
Rory J. FitzPatrick (BBO #169960)
 rfitzpatrick@kl.com
Brian M. Forbes (BBO #644787)
 bforbes@kl.com
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100


 /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
 ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145


BOSTON APARTMENT RENTALS


 /s/ Michael T. Lennon
Michael T. Lennon
 mtl@lennonlawoffices.com
Lennon Law Offices
15 Court Square
Suite 960
Boston, MA 02210
(617) 263-0001

Dated:  October 28, 2004

4

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

     I, Brian M. Forbes hereby certify that counsel for FHC conferred by telephone with counsel for each of the defendants regarding the filing of a motion to continue the initial scheduling conference/motion hearing.  Counsel for each defendant have joined or have given their assent to the filing of this motion.

                                              /s/ Brian M. Forbes
                                              Brian M. Forbes

## **CERTIFICATE OF SERVICE**

      I, Brian M. Forbes, hereby certify that I have this 28th day of October caused a copy of the foregoing document to be served upon all counsel of record by first-class mail.

                                      /s/ Brian M. Forbes
                                      Brian M. Forbes