UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to the United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), defendant A&S Realty and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation. In addition, the parties have considered the resolution of this litigation through the use of alternative dispute resolution programs.

    Respectfully submitted

    A&S REALTY, INC.

    /s/ Christopher Maffucci
    Christopher Maffucci, Esq.  BBO#645972
    Casner & Edwards, LLP
    303 Congress Street
    Boston, MA 02110
Dated: November 16, 2004    (617) 426-5900

## CERTIFICATE OF SERVICE

      I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by electronic filing on this 16th day of November 2004.

                                            /s/ Christopher Maffucci
                                            Christopher Maffucci

4454.424/337759