UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10572 MLW

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,

    Plaintiff

v.

BOSTON APARTMENT RENTALS,
A&S REALTY, APARTMENT DEPOT
and MARK ROOS REALTY

    Defendants

## LOCAL RULE 16.1(D)(3) CERTIFICATION

    Pursuant to the United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), defendant A&S Realty and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation.  In addition, the parties have considered the resolution of this litigation through the use of alternative dispute resolution programs.

Dated:  November 19, 2004           /s/ Joel Simmons
                                                  Joel Simmons, its President
                                                  A&S Realty, Inc.
                                                  271 Newbury Street
                                                  Boston, MA 02116

                                                  Respectfully submitted
                                                  A&S REALTY, INC.

                                                  /s/ Christopher Maffucci
                                                  Christopher Maffucci, Esq.  BBO#645972
                                                  Casner & Edwards, LLP
                                                  303 Congress Street
                                                  Boston, MA 02110
Dated:  November 19, 2004          (617) 426-5900

**CERTIFICATE OF SERVICE**

      I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by electronic filing on this 19th day of November 2004.

      /s/ Christopher Maffucci
      Christopher Maffucci

4454.424/337759