UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FAIR HOUSING CENTER OF
GREATER BOSTON, INC.,
    Plaintiff,

v.                                                                          C.A. NO.:  04 10572 MLW

BOSTON APARTMENT RENTALS,
A&S REALTY, APARTMENT DEPOT,
and MARK ROOS REALTY,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE PURSUANT TO RULE 16.1(D)(3)

    Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts ("LR"), we hereby certify that we have conferred with Marc Roos Realty: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                               Marc Roos Realty, improperly referred to as
                                               Mark Roos Realty
                                               By its attorney,


                                               /s/ Alan D. Hoch
                                               David J. Hatem, PC, BBO No.: 225700
                                               Alan D. Hoch, BBO No.: 548645
                                               Nicholas A. Ogden, BBO No.: 644007
                                               DONOVAN HATEM LLP
                                               Two Seaport Lane
                                               Boston, MA  02210
Date:  December 1, 2004                    Tel. No.:  617-406-4500

## CERTIFICATE OF SERVICE

  I, Alan D. Hoch, hereby certify that I have, this 1st day of December, 2004, served a copy of the CERTIFICATE PURSUANT TO RULE 16.1(D)(3) by mailing, postage prepaid, to:

| | |
|---|---|
| Nadine Cohen, Esquire<br>Lawyers' Committee for Civil Rights<br>Under Law of the Boston Bar Association<br>294 Washington Street<br>Boston, MA  02108 | Andrew C. Glass, Esquire<br>Aimee E. Bierman, Esquire<br>Kirkpatrick & Lockhart, LLP<br>75 State Street<br>Boston, MA  02109-1808 |
| Christopher Maffucci, Esq.<br>Casner & Edwards, LLP<br>303 Congress Street<br>Boston, MA 02210 | Michael Xavier, Esquire<br>Denner Associates, P.C.<br>4 Longfellow Place, 35th Floor<br>Boston, MA  02114 |
| James B. Krasnoo, Esquire<br>Law Offices of James B. Krasnoo<br>23 Main Street<br>Andover, MA  01810 | |

             /s/ Alan D. Hoch
             Alan D. Hoch, Esquire

00880101