UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF )<br>GREATER BOSTON, INC., )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>BOSTON APARTMENT RENTALS, )<br>A & S REALTY, APARTMENT DEPOT )<br>and MARK ROOS REALTY, )<br>  )<br>Defendants. )<br>  ) | Civil Action No. 04-10572 MLW |

**CERTIFICATION PURSUANT TO L.R. 16(1)(D)(3)**

I, Robert Einhorn d/b/a Apartment Depot, hereby certify that I have conferred and discussed the establishment of a budget for the course of conducting litigation in the captioned matter as well as the consideration of the resolution of litigation through alternative dispute resolution with my counsel, Paul J. Klehm.

Dated:    11-17-04            /s/ Robert Einhorn
                              Robert Einhorn d/b/a Apartment Depot

Dated:    12-2-04             /s/ Paul J. Klehm
                              Paul J. Klehm

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all attorneys of record by mail on December 2, 2004.

                              /s/ Paul J. Klehm
                              Paul J. Klehm