UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) ) ) |
| BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, | ) ) ) ) ) |
| Defendants | ) ) |

### NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Honorable Court:

Kindly enter the appearance on the record in the above-captioned action of the undersigned counsel, as attorney for the Defendant, Boston Apartment Rentals.

Respectfully submitted,

*/s/ Roger D. Matthews*

Roger D. Matthews (BBO# 325000)
Denner O'Malley, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: December 2, 2004