DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff <br><br> v. <br><br> BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

<u>MOTION FOR LEAVE TO FILE AFFIDAVIT</u>

The named Defendant, Boston Apartment Rentals, respectfully moves that the Court grant it leave to file the attached Affidavit of Eric Boyer for use in conjunction with the hearing to be held on December 9, 2004 on the various Defendants' Motions to Dismiss.

In support hereof, the undersigned new counsel believes the Affidavit will be of assistance to the Court, avoid unnecessary factual disputes and facilitate the issues raised by Boston Apartment Rentals' Motion to Dismiss.

Respectfully submitted,

*[signature]*

Roger D. Matthews (BBO# 325000)
Denner O'Malley, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: December 2, 2004