UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF ) | |
| GREATER BOSTON, INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | C.A. No. 04-10572-MLW |
| ) | |
| BOSTON APARTMENT RENTALS, ) | |
| A&S REALTY, APARTMENT DEPOT, ) | |
| and MARK ROOS REALTY, ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ERIC BOYER

Eric B. Boyer, the undersigned affiant, state that the following is true of my personal knowledge:

1. I, Eric Boyer, am the sole owner and operator of the website BostonApartments.com and have no employees.

2. My address is:
   40 Brock Street
   Brighton, MA 02135

3. The complaint filed by the Fair Housing Center of Greater Boston makes reference to the website BostonApartments.com. It is apparent from the website that with regard to the advertisement of any rental units offered on the website that are the subject of the Complaint in this action, that the aforementioned site is an "interactive computer service" within the definitions of the Communications Decency Act, 47 U.S.C. Section 230. As further described below, the site provides access by multiple users to a computer server that provides access to the Internet.

4. Since April 2003 there have been more than 991,750 different automatically posted ads placed by third parties on the site. These are then accessed by users through the Internet. There are over 1600 real estate agents with internet access that log in at all hours of the day and night and post their ads to the website directly. These ads are automatically posted to the website with no screening or editing by BostonApartments.com. Many of the ads are posted via a database dump from the independent databases of real estate agencies' listings and could result in as many as 5000 new listings posted to BostonApartments.com in less than 10 seconds. Due to the nature of the software that posts the ads and the sheer volume of ads each day, prescreening each post before it is visible on the net is literally impossible.

5. Irrespective of the nature of any ad, I do not provide any content for rental/real estate/transient housing/roommate ads that appear on BostonApartments.com. They are automated third party postings on an interactive Bulletin Board Service provided by an Internet Service Provider.

6. Because BostonApartments.com not only doesn't review the ads that get posted, it clearly does not create or develop information in the ads for dissemination through the Internet or other interactive computer service. It is not, therefore, an "information content provider" as defined in the Communications Decency Act, 47 U.S.C. Section 230(f)(3).

7. BostonApartments.com receives between 150,000 and 350,000 visitors from all over the world, reading more than 1,000,000 pages, comprising of over 10,000,000 hits per month. Many website visitors are in the process of planning to

2

come to the Boston area for schooling from other states and countries. References to the proximity of a school are an important piece of information for people who are unfamiliar with the area. The acceptance or non-acceptance of students (graduate students or otherwise) is not discriminatory as they are not a protected class. If anything, students today represent a strongly diverse population cross-section.

8. In the complaint filed, Fair Housing Center of Greater Boston complains about the phrase "best location for the tourist or business traveler" but omits the fact that such advertisement was for a $3800 per month short-term Bed & Breakfast competing as a hotel alternative and not an apartment for rent.

9. All the ads that the Fair Housing Center of Greater Boston complains about that appeared on BostonApartments.com were placed by third-party real estate companies and not by BostonAparytments.com. These advertisements are posted by real estate agents and brokers duly licensed by the Commonwealth of Massachusetts who are presumed to conduct themselves in accordance with law. BostonApartments.com's Terms Of Service Agreement states that the agents are responsible for their own postings.

10. As noted, BostonApartments.com cannot and does not screen the ads that are placed on BostonApartments.com website. However, if there is an offensive advertisement brought to my attention, I do delete it and bring the offense to the attention of the real estate agency. If an agency continues to violate the Terms Of Service Agreement, I terminate their access to the system. I do not have the ability

3

to review the ads due to the automation of the postings and the sheer volume of ads as described above.

11. I have never once been asked to remove a particular ad by the Plaintiff in this case nor were any complaints about ads brought to my attention until I received the notice of the suit filed against me. I became aware of the filing of this suit by an inquiry from the Boston Globe that I received within minutes after the action was filed with the Court, as I later found out. There was no effort by the Plaintiff or any of its agents to contact me, raise any issues with me or learn anything about the web site or how it is operated or how rental advertisements are posted prior to the commencement of this action.

12. I am a licensed Real Estate Broker in the Commonwealth of Massachusetts but do not practice real estate nor participate as an active Broker. I have not and do not receive commissions or referral fees and have not received any compensation with regard to practicing real estate since 1995. I have no affiliation with any real estate company. The money received from real estate companies and other businesses is for internet access, email accounts, independent website development and promotion only.

13. The portal website Bostonapartments.com is part of a total Internet Service Provider package offered by BostonApartments.com. BostonApartments.com provides website development, website hosting, email services, dial-up access and DSL to all of its real estate related clients, many other companies which are not real estate related and local area charities. BostonApartments.com's customers may select any of the services a la carte.

4

14. All pages containing real estate advertisements carry the Fair Housing logo and a disclaimer stating:

> *All real estate advertising in this publication is subject to the Federal Fair Housing Law, which makes it illegal to advertise "any preference, limitation or discrimination based on race, color, religion, sex, handicap, familial status or national origin, or an intention, to make any such preference, limitation or discrimination."*

15. BostonApartments.com has always carried information and contact information with regard to discrimination including the phone numbers to the Massachusetts Commission Against Discrimination, the Boston Mayor's Office of Fair Housing & HUD's Fair Housing and Equal Opportunity Office.

16. BostonApartments.com carries the Fair Housing Advertising Word and Phrase list.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF DECEMBER 2004.

_____
Eric B. Boyer d/b/a BostonApartments.com