UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff <br><br> v. <br><br> BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### CERTIFICATE PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies pursuant to Rule 7.1 (A)(2) that he has contacted other counsel to confer, in an attempt to resolve or narrow the issues regarding the Motion for Leave to File Affidavit.

Respectfully submitted,
Boston Apartment Rentals
By Its Attorney

*/s/ Roger D. Matthews*
Roger D. Matthews (BBO# 325000)
Denner O'Malley, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: December 2, 2004