UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff <br><br> v. <br><br> BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### CERTIFICATE PURSUANT TO RULE 16.1(D)(3)

Pursuant to Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, we hereby certify that we have conferred with Eric Boyer d/b/a Boston Apartment Rentals, (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
Boston Apartment Rentals (d/b/a)
By Its Attorneys

_____
Roger D. Matthews (BBO# 325000)
Denner O'Malley, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

_____
Michael T. Lennon (BBO# 648186)
Lennon Law Offices
15 Court Square, Suite 960
Boston, MA 02210
Tel: (617) 263-0001
Fax: ((617) 263-0071

Dated: December 2, 2004