UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-10572-MLW

|  |  |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., | ) ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| BOSTON APARTMENT RENTALS and A & S REALTY and APARTMENT DEPOT and MARK ROOS REALTY, | ) ) ) ) ) |
| Defendants | ) ) |

## DEFENDANT BOSTON APARTMENT RENTALS' AUTOMATIC DISCLOSURE PURSUANT TO FED.R.CIV.P.26(a)(1) AND LOCAL RULE 26.2(A)

The Defendant, Boston Apartment Rentals, provides the following discovery pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A) as follows:

### A. Individuals Likely to Have Discoverable Information

The Defendant is not aware of the names of any persons likely to have discoverable information as to those disputed facts alleged with particularity in the pleadings other than:

1. Eric Boyer
   40 Brock Street
   Brighton, MA  02135

2. Yet to be identified representatives of Fair Housing Center of Greater Boston, Inc.

B.  **Relevant Documents**

The Defendant has the following documents, data compilations, and tangible things in its possession, custody, or control that are relevant to the disputed facts alleged with particularity in the pleadings:

1. Boston Apartment Rentals' Website

C. **Computation of Damages**

None at present; if and when the Defendant, Boston Apartment Rentals, asserts any counterclaims, it will timely supplement this paragraph.

D. **Insurance**

Defendant has no insurance coverage as it relates to the disputed facts alleged with particularity in the pleadings.

The Defendant
Boston Apartment Rentals
By Its Attorney

_____
Roger D. Matthews (BBO# 325000)
Denner O'Malley, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
Tel: (617) 227-2800
Fax: (617) 973-1562

Dated: December 2, 2004