UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-10572-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT FOR SCHEDULING CONFERENCE**

Pursuant to the Notice of Scheduling Conference dated October 22, 2004, and in accordance with Local Rule 16.1(D), plaintiff Fair Housing Center of Greater Boston, Inc. ("Plaintiff") and defendants Boston Apartment Rentals, A&S Realty, Apartment Depot and Mark Roos Realty (together, "Defendants") submit the following Joint Statement in connection with the scheduling conference to be held on December 9, 2004.

**I.    Introduction**

This is an action for declaratory judgment, permanent injunctive relief, damages, and attorneys' fees and costs, alleging discriminatory advertising practices in violation of the Fair Housing Act, 42 U.S.C. §§ 3601 *et seq.*, Massachusetts Anti-Discrimination Act, M.G.L. c.151B, violations of M.G.L. c. 93A, and common law negligence.  Plaintiff alleges that Defendants post and publish rental advertisements on their websites that unlawfully express a preference or limitation for housing based on familial status, children, receipt of a rental subsidy, and source of income and which have had a disparate impact on members of protected classes based on race,

color, and national origin.

      Defendants have either filed Answers denying liablity with respect to the claims asserted against them or have filed motions to dismiss the Complaint.

## II.    Proposed Agenda for Scheduling Conference

      The parties propose the following scheduling deadlines set forth in Section III below be adopted by the Court and so ordered.

## III.    Parties' Proposed Pre-Trial Schedule

### A.  Automatic Disclosures

Plaintiff served its automatic required disclosures on November 12, 2004. By agreement, the Defendants that have not already done so will serve their disclosures on or before December 7, 2004.

### B.  Discovery Limitations

The parties propose the following deadlines for discovery and motions:

- Initial Disclosures:   Initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A) will be completed on or by: **December 7, 2004**

- Discovery Period:  The parties shall propound all written discovery on or before: **April 1, 2005**. The parties will complete fact depositions on or before: **July 1, 2005**.

- Experts: (a)  The Plaintiff shall designate experts and serve expert reports on or before **July 15, 2005**.

    (b)  The Defendants shall designate experts and serve expert reports on or before **September 1, 2005**.

    (c)  The parties will complete all expert depositions on or before **September 30, 2005**.

    (d)  If the parties determine that there will be no expert witnesses, they agree to renegotiate in good faith the time frames for the remaining events after the completion of fact discovery on July 1, 2005 subject to the approval by the Court of any renegotiated deadlines.

- <u>Dispositive Motions</u>:  All dispositive motions shall be filed and served on or before: **October 31, 2005**.  All oppositions and replies shall be filed and served in accordance with Local Rule 7.1

- <u>Final Pre-Trial Conference</u>: On or after:  **December 15, 2005.**

- <u>Trial</u>: On or after:  **January 2006.**

IV. **<u>Trial By Magistrate</u>**

The parties are not prepared at this time to consent to trial by a Magistrate Judge.

V. **<u>Alternate Dispute Resolution</u>**

The parties are willing to engage in Alternate Dispute Resolution.

VI. **<u>Certifications</u>**

The parties will file their Certificates of Compliance with Local Rule 16.1 prior to or at the time of the scheduling conference.

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By its Attorneys,


 /s/ Brian M. Forbes
Andrew C. Glass (BBO #638362)
 aglass@kl.com
Rory J. FitzPatrick (BBO #169960)
 rfitzpatrick@kl.com
Brian M. Forbes (BBO #644787)
 bforbes@kl.com
Aimée E. Bierman (BBO #640385)
 abierman@kl.com
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100


 /s/ Nadine Cohen
Nadine Cohen (BBO #090040)
 ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145



BOSTON APARTMENT RENTALS
By its Attorneys,


 /s/ Michael T. Lennon
Michael T. Lennon (BBO #648186)
 mtl@lennonlawoffices.com
Lennon Law Offices
15 Court Square, Suite 960
Boston, MA 02210
(617) 263-0001

A&S REALTY
By its Attorneys,


 /s/ Christopher P. Maffucci
Christopher P. Maffucci (BBO # 645972 )
 maffucci@casneredwards.com
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900


APARTMENT DEPOT
By its Attorneys,


 /s/ Paul J. Klehm
James B. Krasnoo (BBO# 279300)
 james@krasnoolaw.com
Paul J. Klehm (BBO #561605)
 pklehm@krasnoolaw.com
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955


MARK ROOS REALTY
By its Attorneys,


 /s/ Alan Hoch
Alan Hoch (BBO # 548645)
 ahoch@dhboston.com
Donovan & Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500


Dated: December 2, 2004

5

## CERTIFICATE OF SERVICE

      I, Brian M. Forbes, hereby certify that I have this 2nd day of December caused a copy of the foregoing document to be served upon all counsel of record by electronic filing or by U.S. Mail.

                                          /s/ Brian M. Forbes
                                          Brian M. Forbes

Case 1:04-cv-10572-MLW    Document 41    Filed 12/02/2004    Page 6 of 6