UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON APARTMENT RENTALS,<br>A & S REALTY, APARTMENT DEPOT and<br>MARK ROOS REALTY,<br><br>Defendants. | Civil Action No. 04-10572-MLW |

## PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATE

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned hereby certify that they have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)　to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Locat Rule 16.4.

THE FAIR HOUSING
CENTER OF GREATER
BOSTON, INC.

By its authorized representative,


 /s/ David J. Harris
David J. Harris, Executive Director
Fair Housing Center of Greater Boston, Inc.
59 Temple Place, Suite 1105
Boston, MA 0211

BOS-711252 v1

- 2 -

By its attorneys,

/s/ Brian M. Forbes
Andrew C. Glass (BBO #638362)
 aglass@kl.com
Rory J. FitzPatrick (BBO #169960)
 rfitzpatrick@kl.com
Brian M. Forbes (BBO #644787)
 bforbes@kl.com
Aimée E. Bierman (BBO #640385)
 abierman@kl.com
KIRKPATRICK & LOCKHART LLP
75 State Street
Boston, MA  02109-1808
(617) 261-3100


/s/ Nadine Cohen
Nadine Cohen (BBO #090040)
 ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02108
(617) 482-1145

Dated:  December 6, 2004

- 3 -

## CERTIFICATE OF SERVICE

    I, Brian M. Forbes, hereby certify that I have this 6th day of December caused a copy of the foregoing document to be served upon all counsel of record by electronic filing or by U.S. Mail.

                                                       /s/ Brian M. Forbes  
                                                      Brian M. Forbes