UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants. | Civil Action No. 04-10572 MLW |

**DEFENDANT APARTMENT DEPOT'S AUTOMATIC DISCLOSURE
PURSUANT TO FED.R.CIV.P.26(a)(1) AND LOCAL RULE 26.2(A)**

The Defendant Apartment Depot provides the following discovery pursuant to Fed.R.Civ.P. 26(a)(1) and Local Rule 26.2(A) as follows:

**A. Individuals Likely to Have Discoverable Information**

The Defendant is not aware of the names of any persons likely to have discoverable information as to those disputed facts alleged with particularity in the pleadings other than those names listed below:

Robert Einhorn
DBA Apartment Depot
1246A Commonwealth Avenue
Allston, MA  02134

Svetlana Brodskaya
32 Blaine Street
Allston, MA  02134
617-407-1596

Mark Belenkii
125 Chiswick Street, #508
Brighton, MA  02135
617-590-7707

Mark Troyanovsky
7 Fisk Terrace
Brookline, MA  02446
617-653-8046

Denis Olemyansky
7 Price Road, #2
Allston, MA 02134
(*currently living in Estonia*)

Kang, Seung-Min
15 North Beacon Street, #601
Allston, MA  02134
857-472-3254

Andy Schultz
108 Lowell Street
Andover, MA  01810
781-492-0592

### B. Relevant Documents

The Defendant has the following documents, data compilations, and tangible things in its possession, custody, or control that are relevant to the disputed facts alleged with particularity in the pleadings:

1. On-line advertisements

2. Rental Documents

3. Other documents kept in the ordinary course of business

### C. Insurance

Defendant will make available for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to

indemnify or reimburse for payments made to satisfy the judgment.  Defendant's efforts to obtain insurance coverage in this matter have been unsuccessful.

**D. Experts**

The Defendant has not yet determined whom it shall call as an expert in this matter.  When the Defendant does make such a determination, it recognizes its duty to supplement this response to the extent permitted by the Federal Rules of Civil Procedure.

The Defendant
Apartment Depot
By Its Attorneys,


/s/ Paul J. Klehm
James B. Krasnoo  BBO# 279300
Paul J. Klehm  BBO# 561605
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810
(978) 475-9955

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid, on December 7, 2004.

/s/ Paul J. Klehm
Paul J. Klehm