UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-10572

| Fair Housing Center of Greater Boston | Boston Apartment Rentals et al |
|---|---|
| PLAINTIFF | DEFENDANT |

| Andrew Glass | Christopher Maffucci, Alan Hoch |
|---|---|
| Nadine Cohen | Roger Matthews, Paul Klehm and |
| Amy Bierman | James Krasnoo |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary               REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 12/9/04 | Court listens to oral arguments on Boston Apartment Rentals' motion to dismiss (docket no. 15) and |
| | Apartment Depot's motion to dismiss (docket no. 24).  Court grants the two motions to dismiss.  Court stays |
| | the case as to the remaining defendants other than the purpose of amending the complaint and the responses |
| | to it.  Plaintiff to file its amended complaint by January 28, 2005 or a statement that it does not wish to |
| | proceed.  Defendants to respond to the amended complaint by March 18, 2005.  Any reply shall be filed |
| | March 31, 2005.  If necessary a hearing will be held on April 20, 2005 at 3:00 PM.  Parties to confer and report |
| | by January 7, 2005, regarding settlement or whether they are still interested in alternate dispute resolution. |