```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

Fair Housing Center of              )
Greater Boston,                     )
     Plaintiff,                     )
                                    )
     v.                             )   C.A. No. 04-10572-MLW
                                    )
Boston Apartment Rentals, et al.,   )
     Defendants.                    )
```

<u>ORDER</u>

WOLF, D.J.                                            December 9, 2004

    For the reasons stated in court on December 9, 2004, it is hereby ORDERED that:

    1. The Motions to Dismiss by defendants Boston Apartment Rentals (Dkt. 16) and Apartment Depot (Dkt. 24) are hereby ALLOWED without prejudice to the filing of an Amended Complaint related to all four defendants.

    2. The case is STAYED with respect to defendants A&S Realty and Marc Roos Realty.

    3. The parties shall confer and report, by January 7, 2005, whether the case may be resolved by settlement or alternative dispute resolution.

    4. The plaintiff shall, by January 28, 2005, file either an Amended Complaint or a statement that it does not wish to file an Amended Complaint. The defendants shall respond to any Amended Complaint by March 18, 2005. Any replies shall be filed by March 31, 2005.

    5. On April 20, 2005, at 3:00 p.m, there shall be a hearing on any motion to dismiss and a scheduling conference. The parties shall comply with the attached order concerning the scheduling conference.

                                                    <u>/s/ Mark L. Wolf</u>
                                       UNITED STATES DISTRICT JUDGE