**KL**

**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 7, 2005

Brian M. Forbes

617.261.3152
Fax: 617.261.3175
bforbes@klng.com

**BY HAND DELIVERY**

The Hon. Mark L. Wolf
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA 02210

    Re:    **Fair Housing Center of Greater Boston, Inc. v.
Boston Apartment Rentals, et al. - C.A. No. 04-10572-MLW**

Dear Judge Wolf:

Pursuant to the Court's Order dated December 9, 2004, plaintiff Fair Housing Center of Greater Boston, Inc. and defendants A&S Realty, Apartment Depot, and Mark Roos Realty submit the following report regarding whether this case can be resolved by settlement or by alternative dispute resolution. Since the hearing before the Court on December 9, 2004, the above-mentioned parties have communicated regarding the possibility of settlement of this case, or in the alternative, whether the parties would be willing to participate in the Court-sponsored alternative dispute resolution ("ADR") program. All of the above-mentioned defendants have indicated that they are willing to meet at a group mediation involving all of the parties after receipt of the Amended Complaint.[1]

As such, the parties agree that it would be appropriate for the parties to participate in the Court-sponsored ADR program after the Fair Housing Center files an Amended Complaint on or before January 28, 2005, as permitted by the Court's December 9th Order. Accordingly, the above-mentioned parties request that the Court refer this matter to the Court's ADR program once the Amended Complaint has been filed and served.

---

[1]     Plaintiff reserves the right to request as part of this mediation to have separate meetings with each individual defendant on the facts and potential liability particular to each defendant. The above-mentioned defendants are of the opinion that a mediation of this case at one time, with all of the parties, is appropriate, especially given the commonality of allegations against the defendants, as well as the commonality of facts and circumstances present in the case.

BOS-715744 v1 0900874-0901



Kirkpatrick & Lockhart Nicholson Graham LLP

The Hon. Mark J. Wolf
January 7, 2005
Page 3

MARK ROOS REALTY

By  *Alan Hoch by BmF w/ permission*
    Alan D. Hoch
    Donovan Hatem LLP
    Two Seaport Lane
    Boston, MA 02210
    (617) 406-4500


cc:     Christopher Maffucci, Esq. (by fax and mail)
       Paul J. Klehm, Esq. (by fax and mail)
       Alan D. Hoch, Esq. (by fax and mail)
       Roger Matthews, Esq. (by fax and mail)
       Nadine Cohen (by mail)
       Rory J. FitzPatrick, Esq.
       Andrew C. Glass, Esq.
       Brian M. Forbes, Esq.

## CERTIFICATE OF SERVICE

I, Brian M. Forbes, hereby certify that I have this 7th day of January, 2005 caused a copy of this letter to be served upon the counsel of record by first-class mail:

                                                        Brian M. Forbes



**Kirkpatrick & Lockhart Nicholson Graham LLP**

The Hon. Mark J. Wolf
January 7, 2005
Page 2


Very truly yours,


FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By_____Nadine Cohen by amf w/ permission_____
Nadine Cohen
Lawyers' Committee For Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA 02108
617-482-1145

By_____[signature]_____
Rory J. FitzPatrick
Andrew C. Glass
Brian M. Forbes
Kirkpatrick & Lockhart Nicholson
Graham LLP
75 State Street, 6th Floor
Boston, MA 02109
617-261-3100

A&S REALTY

By_____Christopher Maffucci by amf w/ permission_____
Christopher Maffucci
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02110
(617) 426-5900

APARTMENT DEPOT

By_____Paul Klehm by amf w/ permission_____
Paul J. Klehm
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955