UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants. | Civil Action No. 04-10572-MLW |

## CERTIFICATE OF SERVICE

I, Brian M. Forbes, hereby certify that I have this 7th day of January, 2005 caused a copy of the letter attached hereto as Exhibit A to be served upon the following counsel of record by first-class mail:

Alan D. Hoch, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210

Paul J. Klehm, Esq.
Law Offices of James B. Krasnoo
23 Main Street, Terrace Level
Andover, MA 01810

Christopher Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street, 2nd Floor
Boston, MA 02110

Roger D. Matthews, Esq.
Denner O'Malley, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114

/s/ Brian M. Forbes
_____
Brian M. Forbes

BOS-716599 v1 0900874-0901

**EXHIBIT A**




**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

January 7, 2005

Brian M. Forbes
617.261.3152
Fax: 617.261.3175
bforbes@klng.com

**BY HAND DELIVERY**

The Hon. Mark L. Wolf
United States District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Room 5110
Boston, MA 02210

> Re: **Fair Housing Center of Greater Boston, Inc. v.
> Boston Apartment Rentals, et al. - C.A. No. 04-10572-MLW**

Dear Judge Wolf:

Pursuant to the Court's Order dated December 9, 2004, plaintiff Fair Housing Center of Greater Boston, Inc. and defendant Boston Apartment Rentals submit the following report regarding whether this case can be resolved by settlement or by alternative dispute resolution. Since the hearing before the Court on December 9, 2004, the above-mentioned parties have met to discuss the possibility of settlement of this case. At present, the Fair Housing Center of Greater Boston, Inc. and Boston Apartment Rentals are working out the language of settlement of this matter and at present time do not believe the use of the Court's alternative dispute resolution program is necessary.

Very truly yours,

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By _Nadine Cohen with permission by BMF_

Nadine Cohen
Lawyers' Committee For Civil Rights
Under Law of the Boston Bar Association
294 Washington Street, Suite 443
Boston, MA 02108
617-482-1145

By _B M For_

Rory J. FitzPatrick
Andrew C. Glass
Brian M. Forbes
Kirkpatrick & Lockhart Nicholson
 Graham LLP
75 State Street, 6th Floor
Boston, MA 02109
617-261-3100

BOS-715782 v1 0900874-0901



**Kirkpatrick & Lockhart Nicholson Graham** LLP

The Hon. Mark J. Wolf
January 7, 2005
Page 2

BOSTON APARTMENT RENTALS

By  *Roger Matthews*  with permission by smf
   Roger D. Matthews
   Denner O'Malley, LLP
   Four Longfellow Place, 35th Floor
   Boston, MA 02114
   617-227-2800

cc:   Roger D. Matthews, Esq. (by fax and mail)
      Nadine Cohen (by mail)
      Rory J. FitzPatrick, Esq.
      Andrew C. Glass, Esq.
      Brian M. Forbes, Esq.