UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIR HOUSING CENTER OF GREATER BOSTON, INC.
                Plaintiff(s)

      CIVIL ACTION

      V.

      NO.  04-10572-MLW

A&A REALTY INC, et al
                Defendant(s)

ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to  the court sponsored mediation program   for the following ADR program:

    ____ EARLY NEUTRAL EVALUATION          X  MEDIATION
    ____ MINI-TRIAL                                ____ SUMMARY JURY TRIAL
    ____ SETTLEMENT CONFERENCE          ____ SPECIAL MASTER
    ____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

February 11, 2005                /s/ Mark L. Wolf
      DATE                            UNITED STATES DISTRICT JUDGE

CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | ___ | Medical Malpractice | _____Personal |
| Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | Fair Housing Act | | |

(adrrefl.ord - 4/29/94)                                                          [orefadr.]