UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

      Plaintiff                                              Civil Action No.: 04-10572 MLW

v.

A&S REALTY, INC., APARTMENT
DEPOT and MARK ROOS REALTY

      Defendants

### DEFENDANTS' MOTION TO ENLARGE TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P.(6)(b), defendants A&S Realty, Inc., Apartment Depot and Mark Roos Realty, hereby requests an enlargement of time to and until April 1, 2005 in which to answer or otherwise respond to the Complaint. In support of this motion, A&S Realty, Inc. represents that it is conducting an internal investigation and requires additional time in which to prepare an answer or other responsive pleading.

Plaintiff's counsel has assented to the allowance of this motion.

| | |
|---|---|
| Respectfully submitted. | Respectfully submitted, |
| A&S REALTY, INC. | APARTMENT DEPOT |
| By its attorneys, | By its attorneys, |
| | |
| /s/ Christopher Maffucci | /s/ Paul J. Klehm |
| Christopher Maffucci, BBO# 645972 | Paul J. Klehm, BBO# 561605 |
| CASNER & EDWARDS, LLP | Law Offices of James B. Krasnoo |
| 303 Congress Street, 2nd Floor | 23 Main Street, Terrace Level |
| Boston, MA 02110 | Andover, MA 01810 |
| (617) 426-5900 | (978) 475-9955 |
| | |
| Dated: March 10, 2005 | Dated: March 10, 2005 |

| Respectfully submitted, | ASSENTED TO: |
|---|---|
| MARK ROOS REALTY<br>By its attorneys, | FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC.<br>By its attorneys, |
| /s/ Alan D. Hoch<br>Alan D. Hoch, BBO# 548645<br>Donovan & Hatem, LLP.<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 | /s/ Brian M. Forbes<br>Andrew C. Glass, BBO# 638362<br>Brian M. Forbes, BBO# 644787<br>KIRKPATRICK & LOCKHART, LLP.<br>75 State Street<br>Boston, MA 02109-1808<br>(617) 261-3100 |
| Dated: March 10, 2005 | Dated: March 10, 2005 |

## LOCAL RULE 7.1 (A) (2) CERTIFICATE

I hereby certify that on or about March 3, 2005, I confirmed with plaintiff's counsel who has assented to the allowance of this motion.

/s/ Christopher Maffucci
Christopher Maffucci

## CERTIFICATE OF SERVICE

I, Christopher Maffucci, certify that I served a true and correct copy of this document was served upon the attorney of record for plaintiff by electronic filing on this 10th day of March 2005.

/s/ Christopher Maffucci
Christopher Maffucci

4454.424/346632.1