## CERTIFICATE OF SERVICE

I, Alan D. Hoch, hereby certify that I have, this 18th day of March, 2005, served a copy of the Defendant, Marc Roos Realty's Answer to Plaintiff's Amended Complaint, by mailing, postage prepaid, to:

Nadine Cohen, Esquire
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA  02108

Brian Forbes, Esquire
Andrew C. Glass, Esquire
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02109-1808

James B. Krasnoo, Esquire
Paul J. Klehm, Esquire
Law Offices of James B. Krasnoo
23 Main Street
Andover, MA  01810

Christopher Maffucci, Esquire
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210

_____
Alan D. Hoch

00903610