UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY, )<br><br>Defendants. ) | Civil Action No. 04-10572 MLW |

**DEFENDANT APARTMENT DEPOT'S MOTION TO
DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF MAY BE GRANTED, OR, IN THE ALTERNATIVE, MOTION
FOR MORE DEFINITE STATEMENT AS TO COUNTS I THROUGH III OF
AMENDED COMPLAINT AND AS TO THE IDENTITIES OF PERSONS WHO CLAIM
TO BE DISCRIMINATED AGAINST BY APARTMENT DEPOT**

Defendant Apartment Depot hereby moves this Court pursuant to Fed.R.Civ.P. 12(b)(6) and L.R. 7.1 to dismiss all counts of the Amended Complaint as against Defendant Apartment Depot, with prejudice, where Plaintiff has failed to state a claim upon which relief may be granted for the following reasons: (1) for all of the reasons set forth in the initial motion to dismiss and memorandum in support thereof, both of which were filed with the Court on May 14, 2004, copies of which are attached hereto as Exhibits A and B, respectively, (2) where, as a matter of law, an ordinary reader and/or a reasonable person reading the phrases allegedly used by Defendant Apartment Depot would not find that the phrases were discriminatory on the basis of race, the receipt of rental subsidies or families with children, and (3) where to enforce the provisions of the Fair Housing Act at issue against Defendant Apartment Depot in the case at bar would constitute an abridgement of contract in violation of the 14th Amendment

to the United States Constitution.  To the extent that this Court denies the motion to dismiss, Defendant Apartment Depot moves, in the alternative, for a more definite statement as to Counts I through III of the Amended Complaint (which assert claims against Defendant Apartment Depot under three sections of the Fair Housing Act) identifying which phrases at issue correspond to which Counts of the Amended Complaint and, further, for a more definite statement which identifies a representative number of actual individuals who complained to FHC and/or who believe they were victims of discrimination as a result of the advertisements set forth in the Amended Complaint.

At the December 9, 2004 hearing on the motions to dismiss filed by Defendant Apartment Depot and by former Defendant Boston Apartment Rentals, the Court did not rule upon the precise issues raised by Defendant Apartment Depot in its motion to dismiss (with the exception of the portion of the motion which adopted the Communications Decency Act argument raised by Boston Apartment Rentals, which served as the basis for the allowance of the motions to dismiss).  Through this motion, Defendant Apartment Depot incorporates the arguments raised in its initial motion to dismiss by reference. Defendant Apartment Depot also incorporates by reference the Memorandum of Law filed herewith.

**WHEREFORE**, for the above reasons, the Defendant Apartment Depot respectfully requests that this Court GRANT the within motion and DISMISS all counts against Defendant Apartment Depot with prejudice. To the extent that this Court denies the motion to dismiss, Defendant Apartment Depot respectfully requests that this Court GRANT the motion for a more definite statement as to Counts I through III of the Amended Complaint and which identifies a representative number of actual individuals who complained to FHC and/or who believe they were victims of discrimination as a result of the

advertisements set forth in the Amended Complaint.

                                                            The Defendant
                                                            Apartment Depot
                                                            By Its Attorneys,

                                                            /s/ Paul J. Klehm
                                                           James B. Krasnoo  BBO#279300
                                                           Paul J. Klehm  BBO# 561605
                                                           Law Offices of James B. Krasnoo
                                                           23 Main Street
                                                           Andover, MA  01810
                                                           (978) 475-9955

Dated:  April 1, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

     I, Paul J. Klehm, counsel to Defendant Apartment Depot hereby certify that on March 31, 2005 I contacted Attorney Alan Hoch, counsel to Defendant Mark Roos Realty, via telephone and Attorney Chris Maffucci, counsel to Defendant A&S Realty via email with regard to the filing of the within motion.  I also forwarded them a draft of the motion on April 1, 2005. On April 1, 2005, I left two telephone messages for Brian Forbes, counsel to Plaintiff informing him of the within motion.  I also spoke by telephone with Mr. Forbes on April 1, 2005.

                                          /s/ Paul J. Klehm
                                          Paul J. Klehm

## CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage pre-paid on April 1, 2005.

                                          /s/ Paul J. Klehm
                                          Paul J. Klehm