UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON APARTMENT RENTALS, A & S REALTY, APARTMENT DEPOT and MARK ROOS REALTY, <br><br> Defendants. | Civil Action No. 04-10572 MLW |

## DEFENDANT APARTMENT DEPOT'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Defendant Apartment Depot hereby moves this Court pursuant to Fed.R.Civ.P. 12(b)(6) and L.R. 7.1 to dismiss all counts as against Defendant Apartment Depot, with prejudice, where Plaintiff has failed to state claim upon which relief may be granted for the following reasons: (1) in the within action, in which Plaintiff ostensibly seeks to obtain relief on behalf of individuals who are not named as parties to the within action, Plaintiff lacks standing to bring claims against Defendant Apartment Depot, (2) there is no genuine case or controversy, (3) in bringing the within action, Plaintiff violates the commercial speech rights of Defendant Apartment Depot as protected by the First Amendment to the United States Constitution and Article 16 of the Massachusetts Declaration of Rights, (4) in the absence of any duty, breach, causation or harm, FHC cannot state a claim for negligence against Apartment Depot, (5) "Apartment Depot" does not exist as a legal entity, and therefore, the claims against "Apartment Depot" should be dismissed with prejudice, and (6) the Complaint should be dismissed

under the Communications Decency Act for the reasons set forth in the memorandum filed by Defendant Boston Apartment Rentals.

Defendant Apartment Depot relies upon the Memorandum of Law filed herewith. In contemplation of Rules 12(g), 12(h)(1) and 12(h)(2), the Defendant Apartment Deport reserves its right, without waiver, all other defenses available under the provisions of Rule 12(b). Defendant Apartment Depot incorporates herein by reference the arguments set forth in the Motion to Dismiss filed by Defendant Boston Apartment Rentals as if set forth herein.

**WHEREFORE**, for the above reasons, the Defendant Apartment Depot respectfully requests that this Court GRANT the within motion and DISMISS all counts against Defendant Apartment Depot with prejudice.

> The Defendant
> Apartment Depot
> By Its Attorneys,
>
> _____
> James B. Krasnoo  BBO#279300
> Paul J. Klehm  BBO# 561605
> Law Offices of James B. Krasnoo
> 23 Main Street
> Andover, MA  01810
> (978) 475-9955

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I, Paul J. Klehm, counsel to Defendant Apartment Depot, hereby certify that on May 12, 2004 at approximately 4:00 p.m., I had a telephone conference with Attorney Andrew Glass, counsel to Plaintiff, during which time I informed him that I was filing a motion to dismiss.

_____
Paul J. Klehm

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney(s) of record or each party of record not represented by an attorney by first class mail, postage prepaid on May 13, 2004.

Paul J. Klehm