UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br> Plaintiff, <br><br> v. <br><br> A&S REALTY, INC., APARTMENT DEPOT, and MARC ROOS REALTY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-10572-MLW |

**PLAINTIFF FAIR HOUSING CENTER OF GREATER BOSTON, INC'S
ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
APARTMENT DEPOT'S MOTION TO DISMISS OR IN THE ALTERNATIVE
MOTION FOR MORE DEFINITE STATEMENT AND ASSENTED TO MOTION TO
CONTINUE THE INITIAL SCHEDULING CONFERENCE
<u>AND HEARING ON THE PENDING MOTION TO DISMISS</u>**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the Fair Housing Center of Greater Boston, Inc. ("Fair Housing Center") respectfully requests that the Court enlarge the time within which the Fair Housing Center may respond to Apartment Depot's recently served Motion to Dismiss Amended Complaint for Failure to State a Claim upon which Relief May be Granted, or, in the Alternative, Motion for More Definite Statement as to Counts I through III of Amended Complaint as to the Identities of Persons who Claim to be Discriminated Against by Apartment Depot (the "Motion") up to and including April 29, 2005. Defendant Apartment Depot has assented to this request. The Fair Housing Center also respectfully requests that the Court continue the initial scheduling conference and hearing on the pending motion to dismiss currently scheduled for April 20, 2005, until May 11, 2005, or on a date as soon as practicable

thereafter.  Defendants A&S Realty, Apartment Depot, and Marc Roos Realty have assented to this request.  As grounds the Fair Housing Center states:

1.  On January 28, 2005, the Fair Housing Center filed its Amended Complaint in this action.

2.  Pursuant to the Court's Scheduling Order, defendants Apartment Depot, A&S Realty and Marc Roos Realty's responses to the Amended Complaint were due to be served on March 18, 2005.  The parties subsequently stipulated and agreed to the enlargement of time within which the Defendants could respond to the Fair Housing Center's Complaint up to and including April 1, 2005.

3.  On April 1, 2005, the Fair Housing Center was served with Apartment Depot's Motion.  Although Apartment Depot's April 1, 2005 Motion incorporates the arguments raised in its Motion to Dismiss filed with the Court on May 14, 2004, Apartment Depot's April 1, 2005 Motion contains new arguments and raises new legal issues that were not addressed in its previous Motion to Dismiss.

4.  Pursuant to the Court's December 9, 2004 Scheduling Order, the Fair Housing Center's reply to Apartment Depot's Motion is due to be served on Friday, April 15, 2005.  The Court's Scheduling Order calls for a hearing on the pending Motion as well as a Rule 16 initial scheduling conference to be held on April 20, 2005.

5.  All the parties to this action have agreed to participate in the Court's alternative dispute resolution program and are scheduled to attend a mediation session with Magistrate Judge Bowler on Thursday, April 7, 2005.

6.  Because of the time constraints incumbent in preparing for the forthcoming mediation and in opposing Apartment Depot's Motion including the new arguments and legal

2

issues raised therein, the Fair Housing Center respectfully requests that the Court enlarge the time within which the Fair Housing Center may respond to Apartment Depot's Motion up to and including April 29, 2005, to which request Apartment Depot has assented.

      7.      If the Court grants the Fair Housing Center's motion for enlargement of time, the parties respectfully request that the Court reschedule the April 20, 2005 motion hearing and initial scheduling conference to May 11, 2005, or to a date as soon as practicable thereafter.

      8.      Apartment Depot has assented to the enlargement of time and the rescheduling of the initial scheduling conference. Marc Roos Realty and A&S Realty have assented to the rescheduling of the initial scheduling conference.

      9.      This motion is brought in good faith and is not interposed for delay or any other improper purpose. The defendants will not be unfairly prejudiced by the enlargement of time requested by the Fair Housing Center.

      WHEREFORE, plaintiff the Fair Hosing Center of Greater Boston, Inc. respectfully requests that the Court: (1) enlarge the time for the Fair Housing Center to respond to Apartment Depot's Motion up to and including April 29, 2005, and (2) reschedule the motion hearing and initial scheduling conference to May 11, 2005, or to a date as soon as practicable thereafter.

4

Respectfully submitted,

FAIR HOUSING CENTER OF GREATER
BOSTON, INC.
By its attorneys,


/s/ Brian M. Forbes
Andrew C. Glass, BBO# 638362
 aglass@klng.com
Brian M. Forbes, BBO #644787
 bforbes@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM, LLP
75 State Street
Boston, MA 02109
(617) 261-3100

/s/ Nadine Cohen
Nadine Cohen (BBO #090040)
 ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02018
617-988-0609

Dated: April 5, 2005

Assented to:

APARTMENT DEPOT
By its attorneys,

 /s/ Paul J. Klehm
James B. Krasnoo (BBO# 279300)
 james@krasnoolaw.com
Paul J. Klehm, BBO# 561605
 pklehm@krasnoolaw.com
LAW OFFICES OF JAMES B. KRASNOO
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955

Dated:  April 5, 2005

**Assented to as to the date of rescheduling:**

| | |
|---|---|
| A&S REALTY, INC.<br>By its attorneys, | MARK ROOS REALTY<br>By its attorneys, |
| /s/ Christopher Maffucci<br>Christopher Maffucci, BBO# 645972<br>  maffucci@casneredwards.com<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02110<br>(617) 426-5900 | /s/ Alan D. Hoch<br>Alan D. Hoch, BBO# 548645<br>  ahoch@dhboston.com<br>DONOVAN & HATEM, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 |
| Dated: April 5, 2005 | Dated: April 5, 2005 |

## LOCAL RULE 7.1 (A) (2) CERTIFICATE

I hereby certify that on April 5, 2005, I confirmed with defendants' counsel who have assented to the allowance of this motion.

 /s/ Brian M. Forbes
Brian M. Forbes

**CERTIFICATE OF SERVICE**

      I hereby certify that on Brian M. Forbes the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                        /s/ Brian M. Forbes
                                        Brian M. Forbes