**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FAIR HOUSING OF GREATER BOSTON, INC.
    Plaintiff(s)

        v.

CIVIL ACTION NO. 04-10572-MLW

BOSTON APARTMENT RENTALS, ET AL
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WOLF

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  April 7, 2005 , I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]    Settled. Your clerk should enter a  60  day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]

April 7, 2005                    /s/ Marianne B. Bowler
DATE                            ADR Provider
                                     MARIANNE B. BOWLER ,U.S.M.J.