UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC.,<br><br>Plaintiff,<br><br>v.<br><br>A&S REALTY, INC., APARTMENT DEPOT, and MARC ROOS REALTY,<br><br>Defendants. | C.A. No. 04-10572-MLW |

**JOINT MOTION TO EXTEND THE SETTLEMENT ORDER
OF DISMISSAL**

Plaintiff the Fair Housing Center of Greater Boston, Inc. and defendants A&S Realty, Inc., Apartment Depot, and Marc Roos Realty, by and through their counsel, hereby jointly move the Court to extend the Settlement Order of Dismissal entered by the Court on April 7, 2005 (Docket No. 61) by another 60-day period while the parties continue to work out a mutually agreeable settlement agreement. As further reasons therefore, the parties state:

1.    Differences remain between the parties with respect to the terms of the oral settlement reached during mediation held on April 7, 2005. The parties have been attempting to resolve their points of disagreement and have agreed to continued negotiations, including a face-to-face meeting within the next 30 days.

2.    The parties believe that continued negotiation may result in the resolution of the points of disagreement between the parties.

BOS-867770 v1

3.   To permit the parties to schedule further negotiation and work out a mutually agreeable written settlement agreement, the parties hereby respectfully move the Court to extend the Settlement Order of Dismissal, which is set to run on June 6, 2005, for another 60-day period, to and including August 4, 2005.

WHEREFORE, the Fair Housing Center, A&S Realty, Inc., Apartment Depot, and Marc Roos Realty hereby respectfully move the Court to extend the Settlement Order of Dismissal entered by the Court on April 7, 2005 by another 60-day period.

Respectfully submitted,

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC. | APARTMENT DEPOT |
| By its attorneys, | By its attorneys, |
| /s/ Brian M. Forbes_____<br>Andrew C. Glass, BBO# 638362<br>   aglass@klng.com<br>Brian M. Forbes, BBO# 644787<br>   bforbes@klng.com<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM, LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 | /s/ Paul J. Klehm_____<br>James B. Krasnoo BBO# 279300<br>   james@krasnoolaw.com<br>Paul J. Klehm, BBO# 561605<br>   pklehm@krasnoolaw.com<br>LAW OFFICES OF JAMES B. KRASNOO<br>23 Main Street, Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 |
| /s/ Nadine Cohen_____<br>Nadine Cohen BBO# 090040<br>   ncohen@lawyerscom.org<br>Lawyers' Committee for Civil Rights<br>Under Law of the Boston Bar Association<br>294 Washington Street<br>Boston, MA 02018<br>617-988-0609 | |
| Dated:  June 3, 2005 | Dated:  June 3, 2005 |

| | |
|---|---|
| A&S REALTY, INC. | MARC ROOS REALTY |
| By its attorneys, | By its attorneys, |
| _/s/ Christopher Maffucci_____ | _/s/ Alan D. Hoch_____ |
| Christopher Maffucci, BBO# 645972 | Alan D. Hoch, BBO# 548645 |
| maffucci@casneredwards.com | ahoch@dhboston.com |
| CASNER & EDWARDS, LLP | DONOVAN & HATEM, LLP |
| 303 Congress Street, 2nd Floor | Two Seaport Lane |
| Boston, MA 02110 | Boston, MA 02210 |
| (617) 426-5900 | (617) 406-4500 |
| | |
| Dated:  June 3, 2005 | Dated:  June 3, 2005 |

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2005, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

      /s/ Brian M. Forbes
      Brian M. Forbes