UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A&S REALTY, INC., APARTMENT DEPOT,<br>and MARC ROOS REALTY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-10572-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO EXTEND TIME WITHIN WHICH PARTIES MAY COMPLY
WITH SETTLEMENT ORDER OF DISMISSAL FOR FOURTEEN DAYS**

　　Defendants A&S Realty, Inc., Apartment Depot, and Marc Roos Realty, and Plaintiff Fair Housing Center, by and through their counsel, hereby jointly move the Court to extend the time within which the parties may comply with the Settlement Order of Dismissal entered by the Court on April 7, 2005 (Docket No. 61) from August 4, 2005 to and including August 18, 2005 where (1), within the past few days, after significant negotiation over the past several months, which included a face-to-face meeting of all counsel, the parties have agreed upon the language of the settlement documents associated with the within matter, and (2) the parties require time within which to obtain signatures on the necessary documentation and to complete their respective obligations so that they may file an appropriate stipulation of dismissal with the Court. As further reasons therefor, the parties state:

　　1.　Over the past several months, the parties have engaged in significant settlement negotiations in an effort to work out the terms of the resolution of the within matter. On June 9,

2005, counsel to all parties held a face-to-face meeting in an effort to complete the settlement negotiations.

2. On June 13, 2005, the Court granted a sixty day extension for the parties to comply with the settlement order of dismissal.

3. This week, after further negotiations, the parties have reached agreement on the language of the settlement documents. At this point, the parties simply need to obtain signatures on documents and to exchange documents in order to be in a position to bring this matter to a close.

4. The parties anticipate that they will need an additional two weeks within which to complete their respective obligations.

5. The parties therefore jointly request that this Court extend the time within which the parties may comply with the Settlement Order of Dismissal from August 4, 2005 to and including August 18, 2005.

**WHEREFORE**, A&S Realty, Inc., Apartment Depot, Marc Roos Realty and the Fair Housing Center of Greater Boston, Inc., hereby respectfully move the Court to extend the time

within which the parties may comply with the Settlement Order of Dismissal from August 4, 2005 to and including August 18, 2005.

Respectfully submitted,

| | |
|---|---|
| FAIR HOUSING CENTER OF<br>GREATER BOSTON, INC. | APARTMENT DEPOT |
| By its attorneys, | By its attorneys, |
| /s/ Andrew C. Glass (by PJK)<br>Andrew C. Glass, BBO# 638362<br>   aglass@klng.com<br>Brian M. Forbes, BBO# 644787<br>   bforbes@klng.com<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM, LLP<br>75 State Street<br>Boston, MA 02109<br>(617) 261-3100 | /s/ Paul J. Klehm<br>James B. Krasnoo BBO# 279300<br>   james@krasnoolaw.com<br>Paul J. Klehm, BBO# 561605<br>   pklehm@krasnoolaw.com<br>LAW OFFICES OF JAMES B. KRASNOO<br>23 Main Street, Terrace Level<br>Andover, MA 01810<br>(978) 475-9955 |
| /s/ Nadine Cohen (by PJK)<br>Nadine Cohen BBO# 090040<br>   ncohen@lawyerscom.org<br>Lawyers' Committee for Civil Rights<br>Under Law of the Boston Bar Association<br>294 Washington Street<br>Boston, MA 02018<br>617-988-0609 | Dated:  August 3, 2005 |

Dated:  August 3, 2005

| A&S REALTY, INC. | MARC ROOS REALTY |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Christopher Maffucci (by PJK)<br>Christopher Maffucci, BBO# 645972<br>maffucci@casneredwards.com<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02110<br>(617) 426-5900 | /s/ Alan D. Hoch (by PJK)<br>Alan D. Hoch, BBO# 548645<br>ahoch@dhboston.com<br>DONOVAN & HATEM, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 |
| Dated: August 3, 2005 | Dated: August 3, 2005 |