**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., <br><br>  Plaintiff, <br><br> v. <br><br> A&S REALTY, INC., APARTMENT DEPOT, and MARC ROOS REALTY, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 04-10572-MLW ) ) ) ) ) ) ) |

**JOINT MOTION TO EXTEND TIME WITHIN WHICH PARTIES MAY COMPLY WITH SETTLEMENT ORDER OF DISMISSAL FOR ELEVEN DAYS**

Plaintiff the Fair Housing Center of Greater Boston, Inc. and defendants A&S Realty, Inc., Apartment Depot, and Marc Roos Realty, by and through their counsel, hereby jointly move the Court to extend the Settlement Order of Dismissal entered by the Court on April 7, 2005 (Docket No. 61) from August 18, 2005, to and including August 29, 2005, where (1): the parties have agreed upon the language of the settlement documents associated with this matter and (2) the parties require a short additional period of time within which to complete their respective obligations so that they may file an appropriate stipulation of dismissal with the Court. As further reasons therefore, the parties state:

1.   The parties have met and have had numerous communications to resolve the differences remaining between the parties with respect to the terms of the oral settlement reached during mediation held on April 7, 2005.

2. The parties reached agreement to resolve any remaining differences and will need a short additional period of time within which to complete their respective obligations so that they may file an appropriate stipulation of dismissal with the Court.

3. To permit the parties time to complete their respective obligations, the parties hereby jointly move the Court to extend the Settlement Order of Dismissal, which is set to run on August 18, 2005, for another 11-day period, to and including August 29, 2005.

WHEREFORE, the Fair Housing Center, A&S Realty, Inc., Apartment Depot, and Marc Roos Realty hereby respectfully move the Court to extend the Settlement Order of Dismissal from August 18, 2005, to and including August 29, 2005.

Respectfully submitted,

| FAIR HOUSING CENTER OF GREATER BOSTON, INC. | APARTMENT DEPOT |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brian M. Forbes | /s/ Paul J. Klehm (by BMF) |
| Andrew C. Glass, BBO# 638362 | James B. Krasnoo BBO# 279300 |
| aglass@klng.com | james@krasnoolaw.com |
| Brian M. Forbes, BBO# 644787 | Paul J. Klehm, BBO# 561605 |
| bforbes@klng.com | pklehm@krasnoolaw.com |
| KIRKPATRICK & LOCKHART NICHOLSON GRAHAM, LLP | LAW OFFICES OF JAMES B. KRASNOO |
| 75 State Street | 23 Main Street, Terrace Level |
| Boston, MA 02109 | Andover, MA 01810 |
| (617) 261-3100 | (978) 475-9955 |

 /s/ Nadine Cohen (by BMF)
Nadine Cohen BBO# 090040
  ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02018
617-988-0609

Dated:  August 18, 2005                                        Dated:  August 18, 2005

| | |
|---|---|
| A&S REALTY, INC. | MARC ROOS REALTY |
| By its attorneys, | By its attorneys, |
| /s/ Christopher Maffucci (authorized by RSK; by BMF)<br>Christopher Maffucci, BBO# 645972<br>maffucci@casneredwards.com<br>CASNER & EDWARDS, LLP<br>303 Congress Street, 2nd Floor<br>Boston, MA 02110<br>(617) 426-5900 | /s/ Alan D. Hoch (by BMF)<br>Alan D. Hoch, BBO# 548645<br>ahoch@dhboston.com<br>DONOVAN & HATEM, LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>(617) 406-4500 |
| Dated:  August 18, 2005 | Dated:  August 18, 2005 |

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2005, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties of record.

                                        /s/ Brian M. Forbes
                                        Brian M. Forbes