# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FAIR HOUSING CENTER OF GREATER BOSTON, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 04-10572-MLW |
| A&S REALTY, INC., APARTMENT DEPOT, and MARC ROOS REALTY, | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff the Fair Housing Center of Greater Boston, Inc., and defendants A&S Realty, Inc., Apartment Depot and Marc Roos Realty, by and through their undersigned attorneys, and, pursuant to Fed. R. Civ. P. 41(a)(1), hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

BOS-892343 v1

FAIR HOUSING CENTER OF
GREATER BOSTON, INC.

By its attorneys,


/s/ Brian M. Forbes_____
Andrew C. Glass, BBO# 638362
  aglass@klng.com
Brian M. Forbes, BBO# 644787
  bforbes@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM, LLP
75 State Street
Boston, MA 02109
(617) 261-3100


/s/ Nadine Cohen_____
Nadine Cohen BBO# 090040
  ncohen@lawyerscom.org
Lawyers' Committee for Civil Rights
Under Law of the Boston Bar Association
294 Washington Street
Boston, MA 02018
617-988-0609


Dated:  August 26, 2005

A&S REALTY, INC.

By its attorneys,


__/s/ Christopher Maffucci_(w/permission)
Christopher Maffucci, BBO# 645972
  maffucci@casneredwards.com
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02110
(617) 426-5900


Dated:  August 26, 2005

APARTMENT DEPOT

By its attorneys,


/s/ Paul J. Klehm___(w/ permission)_____
James B. Krasnoo BBO# 279300
  james@krasnoolaw.com
Paul J. Klehm, BBO# 561605
  pklehm@krasnoolaw.com
LAW OFFICES OF JAMES B. KRASNOO
23 Main Street, Terrace Level
Andover, MA 01810
(978) 475-9955


Dated:  August 26, 2005

MARC ROOS REALTY

By its attorneys,


/s/ Alan D. Hoch_(w/permission)_____
Alan D. Hoch, BBO# 548645
  ahoch@dhboston.com
DONOVAN & HATEM, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500


Dated:  August 26, 2005